<partyblock>

Acupuncture Healthcare Plaza I, P.C., as Assignee of Mozorov, Aleksandr, Respondent,

against

Allstate Insurance Company, Appellant.

Law Offices of Peter C. Merani, P.C. (Eric M. Wahrburg of counsel), for appellant.

The Rybak Firm, PLLC (Damin J. Toell of counsel), for respondent.  

Appeal from an order of the Civil Court of the City of New York, Kings County (Robin Kelly Sheares, J.), entered May 29, 2015. The order, insofar as appealed from, denied the branches of defendant's motion seeking summary judgment dismissing the first through fourth causes of action.

ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.

In this action by a provider to recover assigned first-party no-fault benefits, defendant appeals from so much of an order of the Civil Court as denied the branches of defendant's motion seeking summary judgment dismissing the first through fourth causes of action.

The affidavits submitted by defendant did not sufficiently set forth a standard office practice or procedure that would ensure that the denial of claim forms at issue had been timely mailed (see St. Vincent's Hosp. of Richmond v Government Empls. Ins. Co., 50 AD3d 1123 [2008]). As defendant did not demonstrate that it is not precluded from asserting its proffered defense
defendant is not entitled to summary judgment dismissing the first through fourth causes of action.

Accordingly, the order, insofar as appealed from, is affirmed.

PESCE, P.J., ALIOTTA and ELLIOT, JJ., concur.

ENTER:

Paul Kenny

Chief Clerk

Decision Date: June 01, 2018

<form method="LINK" action="../../slipidx/at_2_idxtable.shtml">

<input type="submit" value="Return to Decision List">

</form>

</partyblock>